| | | |
|---|---|---|
| RONALD DALE BURSTON, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12CV31 SNLJ |
| | ) | |
| RUSSELL GRAHAM AND | ) | |
| STEPHANIE KASTING-NOVAK, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is attorney J. Thaddeus Eckenrode's notice to the Court that he cannot waive service on behalf of defendant Russell Graham. Mr. Eckenrode, counsel of record for Stephanie Kasting-Novak, an employee of Corizon, Inc., f/k/a Correctional Medical Services, Inc., ("CMS"), asserts that he is unable to waive service of process on behalf of defendant Graham because he is "unable to verify the current employment or location of this defendant."

As it appears that Russell Graham is no longer employed by Corizon, Mr. Eckenrode shall provide the Court, in camera, with the last known address of Russell Graham, so that the Court may attempt to effectuate service on plaintiff's behalf.

Accordingly,

**IT IS HEREBY ORDERED** that within fifteen (15) days of the date of this Order, Mr. J. Thaddeus Eckenrode shall provide the Court with the last known address of defendant Russell Graham. Mr. Eckenrode's response to this Order should be entitled "In Camera Response to Order of July 13, 2012," and should be mailed directly to the chambers of the undersigned, at the following address: United States District Court, Eastern District of Missouri, Southeastern Division, 555 Independence, Cape Girardeau, Missouri, 63703.

**IT IS FURTHER ORDERED** that upon receipt of the in camera response, the Court will notify plaintiff in writing whether an address for Russell Graham has been provided, and if so, the Court will arrange for issuance of summons and Marshal's forms on plaintiff's behalf.

Dated this 16th day of July, 2012.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE