# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| RONALD D. BURSTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12CV31 SNLJ |
| ) | |
| RUSSELL GRAHAM, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the defense counsel's in camera response to the Court's Order of July 16, 2012. Defense counsel has provided the last known address for defendant Russell Graham and the Court will order the Clerk to issue process on this defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue service of process on defendant Russell Graham at the address provided by defense counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the return of summons under seal.

Dated this 8th day of August, 2012.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE